PROB 12C
(6/16)

Report Date: September 23, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernie Banuelos     Case Number: 0980 1:22CR02065-SAB-1

Address of Offender:          Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable William Paul Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 24, 2009

Original Offense: Ct. 2: Distribution of Less than 100 Grams of Heroin, 21 U.S.C. § 841(b)(1)(C);
Ct. 3: Possession With Intent to Distribute 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(b)(1)(B);
Ct. 4: Conspiracy to Violate 21 U.S.C. §§ 841(b)(1)(B), and 846

Original Sentence: Prison 362 M          Type of Supervision: Supervised Release
                   TSR - 48 M

Amended Sentence: Prison 262 M
(June 24, 2009)    TSR - 48 M

Asst. U.S. Attorney: TBD          Date Supervision Commenced: November 4, 2021

Defense Attorney: TBD             Date Supervision Expires: November 3, 2025

## PETITIONING THE COURT

To issue a warrant.

On November 5, 2021, supervised release conditions were reviewed and signed by Mr. Banuelos, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Banuelos is alleged to have violated his supervised release conditions by failing to successfully complete the recommended substance abuse inpatient |

Prob12C  
**Re: Banuelos, Bernie**  
**September 23, 2022**  
**Page 2**

treatment program at Pioneer Human Services (PHS). He was unsuccessfully discharged from the facility on or about September 20, 2022.

On August 22, 2022, Mr. Banuelos was admitted into inpatient treatment at PHS. On September 20, 2022, PHS staff in the presence of the offender made telephonic contact with this officer and reported Mr. Banuelos was unsuccessfully discharged from the facility on this date due to failing to abide by the program rules. Staff determined Mr. Banuelos was "victimizing clients by bartering and trading items for cash and jewelry." PHS expressed Mr. Banuelos was mailing about five envelopes per day containing cash.

On September 21, 2022, Mr. Banuelos' counselor contacted this officer and reported it was reported to the facility that the offender was "wheeling and dealing." She reported staff found a total of $513 in his outgoing mail, $190 in his wallet, and jewelry he had accepted as payment. Additionally, his counselor expressed she felt intimidated due to Mr. Banuelos being verbally aggressive towards her and other staff as he left the facility on September 21, 2022.

2   **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Banuelos is alleged to have violated his supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before September 22, 2022.

On September 22, 2022, Mr. Banuelos reported to the probation office as instructed after being unsuccessfully discharged from inpatient treatment. Initially, the offender denied consuming controlled substances since his previous relapse in August 2022. However, prior to the collection of the sample he expressed to this officer that he used methamphetamine on or before September 19, 2022, while at the inpatient facility. Mr. Banuelos submitted to a urinalysis, which returned presumptive positive for amphetamine/methamphetamine. He subsequently signed an admission/denial form admitting the use of the controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 23, 2022

s/Araceli Mendoza

Araceli Mendoza  
U.S. Probation Officer

Prob12C
**Re: Banuelos, Bernie**
**September 23, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____09/26/2022_____
Date