PROB 12C
(6/16)

Report Date: July 25, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bernie Banuelos | Case Number: 0980 1:22CR02065-SAB-1 |
| Address of Offender: ███████████, Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable William Paul Johnson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 24, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Ct. 2: Distribution of Less than 100 Grams of Heroin, 21 U.S.C. § 841(b)(1)(C); Ct. 3: Possession With Intent to Distribute 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(b)(1)(B); Ct. 4: Conspiracy to Violate 21 U.S.C. §§ 841(b)(1)(B), and 846 | | |
| Original Sentence: | Prison 362 M; TSR - 48 M | Type of Supervision: | Supervised Release |
| Amended Sentence: (June 24, 2009) | Prison 262 M; TSR - 48 M | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | November 4, 2021 |
| Defense Attorney: | Juliana M. Van Wingerden | Date Supervision Expires: | November 3, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On November 5, 2021, supervised release conditions were reviewed and signed by Mr. Banuelos, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Banuelos is alleged to be in violation of his term of supervised release by consuming controlled substances, methamphetamine and buprenorphine (BUP), on or about July 13, 2025. |

Prob12C
**Re: Banuelos, Bernie**
**July 25, 2025**
**Page 2**

On July 15, 2025, Mr. Banuelos reported to the probation office as directed. A random drug test was collected, which test presumptive positive for methamphetamine/amphetamine, methylenedioxymethamphetamine (MDMA), fentanyl, and BUP. Mr. Banuelos signed a drug use admission form admitting to using methamphetamine on July 13, 2025. He advised he was no longer on suboxone. The sample was sealed in front of Mr. Banuelos and sent to Abbott Laboratories for confirmation.

On July 24, 2025, Abbott Laboratory confirmed the urine sample collected on July 15, 2025, was positive for BUP, and negative for MDMA and fentanyl. The drug test report is pending for methamphetamine/amphetamine.

2   **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Banuelos is alleged to be in violation of his term of supervised release by consuming controlled substances, methamphetamine/amphetamine, BUP, and fentanyl, on or about July 15, 2025.

On July 16, 2025, Mr. Banuelos reported to the probation office as directed. A random drug test was collected, which test presumptive positive for methamphetamine/amphetamine, MDMA, fentanyl, and BUP. Mr. Banuelos signed a drug use admission form admitting to using methamphetamine again on July 15, 2025. The sample was sealed in front of Mr. Banuelos and sent to Abbott Laboratories for confirmation.

On July 24, 2025, Abbott Laboratory confirmed the urine sample collected on July 16, 2025, was positive for fentanyl, BUP, methamphetamine/amphetamine, and negative for MDMA.

3   **Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Banuelos is considered to be in violation of his term of supervised release by failing to report to the probation office as instructed by the probation officer on or about July 23, 2025.

During a previous office visit on July 16, 2025, the undersigned instructed Mr. Banuelos to report to the probation office on July 23, 2025.

On July 23, 2025, Mr. Banuelos failed to report to the probation office as instructed. The undersigned officer attempted to make telephonic contact with Mr. Banuelos on that same date without success.

4   **Special Condition # 17:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
Re: Banuelos, Bernie
July 25, 2025
Page 3

**Supporting Evidence**: Mr. Banuelos is considered to be in violation of his term of supervised release by failing to comply with undergoing a substance abuse evaluation, on or about July 22, 2025.

On July 16, 2025, due to his drug use relapse, the undersigned directed Mr. Banuelos to obtain a substance abuse assessment and was referred to Triumph Treatment Services (Triumph). On July 17, 2025, he advised his assessment appointment was scheduled for July 22, 2025.

On July 25, 2025, Triumph staff confirmed with the undersigned officer that Mr. Banuelos failed to report for his substance abuse assessment appointment on July 22, 2025. As noted in violation 3, Mr. Banuelos failed to report to probation on July 23, 2025, and attempts to contact Mr. Banuelos since have been unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 25, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stan Bastian

Signature of Judicial Officer

7/28/2025

Date